USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOHN DOE,                                                      :
                                                               :
                                         Plaintiff,            :
                    -against-                                  :
                                                               :     21-CV-2451 (VEC)
                                                               :
SISTERS OF ST. JOHN THE BAPTIST,                               :     ORDER
                                                               :
                                         Defendant.            :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 23, 2021, Plaintiff, proceeding as John Doe, filed a Complaint against Sisters of St. John the Baptist, Dkt. 3;

WHEREAS in the Complaint, Plaintiff noted that he "intends to file a motion to proceed under a pseudonym on the basis of his privacy because his allegations concern childhood sexual abuse," *id.* at 1 n.1; and

WHEREAS on April 2, 2021, Plaintiff requested an issuance of a summons in this matter, Dkt. 5;

IT IS HEREBY ORDERED that Plaintiff's motion to proceed anonymously is due no later than **Friday, April 16, 2021**. The Court will issue a summons after resolving the motion to proceed anonymously.

**SO ORDERED.**

**Date: April 5, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**