USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/2021

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>v.<br><br>SISTERS OF ST. JOHN THE BAPTIST,<br><br>        Defendant. | NOTICE OF MOTION FOR LEAVE TO PROCEED ANONYMOUSLY<br><br>Civil Action No. 1:21-cv-02451 (VEC) |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned, on behalf of Plaintiff John Doe, hereby move this Court for an order granting Plaintiff's leave to proceed anonymously.

DATED: April 13, 2021

---

The motion is GRANTED without prejudice to Defendant's ability to request that the issue be reconsidered when and if they are served and appear.  The Court notes that Plaintiff will likely be unable to continue to proceed under a pseudonym if and when this case is tried.

The Clerk of Court is respectfully directed to issue the requested summons in this matter.  *See* Dkt. 5.  The Clerk is further directed to close the open motion at docket entry 7.

SO ORDERED.

*[signature]*  Date: April 14, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

Respectfully submitted,

/s/ *Ashley Pileika*
Ashley M. Pileika
**FORESTER HAYNIE PLLC**
400 North Saint Paul St., Suite 700
Dallas, TX 75201
P: 214-210-2100 | F: 214-346-5909
apileika@foresterhaynie.com

Darren R. Wolf
**Law Office of Darren Wolf, P.C.**
1701 N. Market Street Suite 210
Dallas, Texas 75202
SBN: 24072430
darren@darrenwolf.com
P: 214-346-5355 | F: 214-346-5909

*Attorneys for the Plaintiff*