**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/2021

**BIEDERMANN·HOENIG·SEMPREVIVO**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET
NEW YORK, NY 10165
TEL 646·218·7560
FAX 646·218·7510
WWW.LAWBHS.COM

October 13, 2021

**VIA ECF**
Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Chambers 240
New York, New York 10007

      Re:    *John Doe v. Sisters of St. John The Baptist*
             **Docket No.  21-cv-2451(VEC)**

Dear Judge Caproni:

      Our office represents Defendant Sisters of St. John the Baptist in the above-referenced matter. In accordance with the Court's October 5, 2021 Order (ECF Document No. 29), the parties, after conferring, jointly submit this letter to the Court to respectfully request a stay in discovery and extension of discovery deadlines, pending the outcome of the mediation.

      Additionally, the parties, pursuant to the Court's October 6, 2021 Order (ECF Document No. 31), are simultaneously filing a separate joint letter to Magistrate Judge Cott advising of the parties' availability for a mediation.

      We remain available to answer any questions the Court may have regarding this matter. Thank you for your consideration in this matter.

             Respectfully,

             */s/ Elaine Chou*
             Elaine Chou

cc:  Law Office of Darren Wolf, P.C.
     Darren Wolf, Esq.
     1701 N. Market Street, Suite 210
     Dallas, TX 75202
     *Attorneys for Plaintiff*

---

Application GRANTED.  The fact and expert discovery deadlines are adjourned *sine die*.  The post-fact discovery conference, currently scheduled for Friday, November 5, 2021 at 11:30 A.M., is canceled.  The parties must file a joint status update by no later than **Friday, November 12, 2021**.

SO ORDERED.

*[signature: Valerie Caproni]*

Date: October 13, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE