# LAW OFFICE OF DARREN WOLF, P.C.

| | | |
|---|---|---|
| DARREN WOLF (TX)<br>CHRISTIANNE EDLUND (TX)<br>ASHLEY PILEIKA (NY, DC) | 1701 N. MARKET STREET<br>SUITE 210<br>DALLAS, TEXAS 75202 | MAIN: 214-346-5355<br>FAX: 214-346-5909<br>darren@darrenwolf.com |

November 19, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2021

*VIA ECF*

Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Chambers 240
New York, New York 10007

**MEMO ENDORSED**

*Re:   John Doe v. Sisters of St. John The Baptist; Civil Action No. 21-cv-2451(VEC)*

Dear Judge Caproni:

The parties jointly submit this status report on the timing of the settlement approval with the U.S. Bankruptcy Court. After discussions with the Trustee, Barry Sharer, and between the parties, the parties anticipate that the settlement should be approved or rejected by the U.S. Bankruptcy Court on or before January 31, 2022. The parties respectfully request that the case be stayed until February 1, 2022.

Respectfully,

Darren Wolf
Attorney for Plaintiff

cc: Elaine Chou
    Attorney for Defendant

This matter is hereby STAYED. The parties must file a joint update on the status of the settlement by no later than **Tuesday, February 1, 2022**.

The Clerk of Court is respectfully directed to stay this case.

SO ORDERED.

Date: November 20, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE